

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. Box 619063
Dallas, TX 75261-9063

1-692-66547-0000004-001-100-000-000-000

RICARDO CORONA ESQ.
3899 NW 7TH ST STE 202B
MIAMI FL 33126-5551

**Nationstar** MORTGAGE
P.O. Box 619097
Dallas, TX 75261-9741

August 24, 2016

1-692-66547-0000004-001-100-000-000-000
RICARDO CORONA ESQ.
3899 NW 7TH ST STE 202B
MIAMI FL 33126-5551

Loan #: ■■■■■
Case #: ■■■■■ MAYRA JODAR, MIGUEL JODAR
Property Address: 1070 W 46TH ST
HIALEAH FL 33012

**HELPING YOU STAY IN YOUR HOME.**


MAKING HOME AFFORDABLE

Dear RICARDO CORONA ESQ. :

**Congratulations!** Your client is approved to enter into a Trial Period Plan under the Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments. It is important that your client read this information in its entirety so they completely understands the actions they need to take to successfully complete the Trial Period Plan to permanently modify their mortgage.

**To Accept this Offer**
You or your client must contact us at 1-877-782-7612 or in writing at Nationstar Mortgage LLC, P.O. Box 619097, Dallas, TX 75261-9741, by no later than 14 calendar days from the date of this letter to indicate your client's intent to accept this offer. In addition, your client must make their first Trial Period Plan payment by 10/1/2016.

**What your client needs to do...**
To accept this offer, your client must make the new monthly "trial period payments" in place of their normal mortgage payment. Please send the new monthly trial period payments according to the schedule below. In addition, it is important to know that your client's new trial period payments must include escrow for property taxes and homeowner's insurance. Their payments may increase to reflect this escrow amount.

| Trial Period Plan |
|---|
| 1st payment: $1,989.96   due 10/1/2016 |
| 2nd payment: $1,989.96   due 11/1/2016 |
| 3rd payment: $1,989.96   due 12/1/2016 |

After all trial period payments are timely made and your client has submitted all the required documents, their mortgage will be permanently modified. (The existing loan and loan requirements remain in effect and unchanged during the trial period). **If each payment is not received by Nationstar Mortgage LLC in the month in which it is due, this offer will end and your client's loan will not be modified under the Making Home Affordable program.**

If you or your client have any questions or if they cannot afford the trial period payments shown above but wants to remain in their home, or if your client has decided to leave their home but still wants to avoid foreclosure, the Dedicated Loan Specialist is Robert Mays and can be reached at (877) 782-7612 EXT. 8949740, Monday through Friday, between 8:00 a.m. and 7:00 p.m. (CT), and Saturday, between 8:00 a.m. and 12:00 p.m. (CT) or via mail at Nationstar Mortgage LLC, P.O. Box 619097, Dallas, TX 75261-9741, or email us at customerrelationsofficer@nationstarmail.com . Visit us on the web at MyNationstar.com for more information.

To help streamline the process and avoid delays, we proudly offer eSign. eSign will allow you to receive and sign documents electronically. Please contact your Dedicated Loan Specialist for more details.

*This communication is for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code.*



TPPHB  0913                                    Page 1                                    HMP24  Rev 0510  EQUAL HOUSING LENDER

For additional information, visit MyNationstar.com

Sincerely,
Nationstar Mortgage LLC
Foreclosure Prevention Department

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we ó your mortgage servicer ó and the Federal Government are working to offer you options to help you stay in your home.



TPPHB_0913      Page 2      HMP24 Rev 0510   EQUAL HOUSING LENDER

**IMPORTANT PROGRAM INFO**    Here's additional information you need to know about the Home Affordable Modification Program.

## Additional Trial Period Plan Information and Legal Notices and Frequently asked Questions

- This Trial Period Plan offer is contingent on your client having provided accurate and complete information. We reserve the right to revoke this offer or terminate the plan following your client's acceptance if we learn of information that would make them ineligible for the Trial Period Plan.

- Once your client's loan is permanently modified, there is no pre-payment penalty for paying more than the amount due, and they can always pay more if they want to reduce the principal balance more quickly. However your client will not be permitted to pay any less than the required payment.

- Once your client has successfully made each of the payments above by their due dates, has submitted the required signed copies of their modification agreement, we have signed the modification agreement, and they otherwise remain eligible for the modification, their mortgage will be permanently modified in accordance with the terms of the modification agreement.

- **We must receive each payment, in the month in which it is due. If your client misses a payment or does not fulfill any other terms of the Trial Period Plan, this offer will end and the mortgage loan will not be modified under the Making Home Affordable Program.**

- Please note that except for your client's monthly mortgage payment amount during the Trial Period Plan, the terms of the existing note and all mortgage requirements remain in effect and unchanged during the Trial Period Plan.

- **In the event of any action arising out of or relating to this Agreement, each party shall bear its own costs and expenses, including reasonable attorneys fees, incurred in connection with such action.**

## We will not refer your client's loan to foreclosure or proceed to foreclosure sale during the Trial Period Plan, provided they are complying with the terms of the Trial Period Plan:

- Any pending foreclosure action or proceeding that has been suspended may be resumed if your client fails to comply with the terms of the plan or does not qualify for a permanent modification.

- Your client agrees that we will hold the trial period payments in an account until sufficient funds are in the account to pay their oldest delinquent monthly payment. Your client also agrees that we will not owe you interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan and they qualify for a permanent loan modification, those funds will be deducted from amounts that would otherwise be added to their modified principal balance.

- Our acceptance and posting of your client's payment during the trial period will not be deemed a waiver of the acceleration of the loan (or foreclosure actions) and related activities, and shall not constitute a cure of their default under the loan unless such payments are sufficient to completely cure their entire default under the loan.

## If your client's monthly payment did not include escrows for taxes and insurance, they are now required to do so:

- Your client agrees that any prior waiver that allowed them to pay directly for taxes and insurance is revoked. Your client agrees to establish an escrow account and to pay required escrows into that account.
- It is important to know that your client new trial period payments are required to include escrow for property taxes and homeowners insurance. Your client's payments may increase to reflect this escrow amount.

## Your client's current loan documents remain in effect; however, they may make the trial period payment instead of the payment required under their loan documents:

- Your client agrees that all terms and provisions of their current mortgage note and mortgage security instrument remain in full force and effect and they will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.
- Please note that if your client fails to comply with the terms of the plan, or later fails to comply with the terms of the modification agreement after completion of the plan, they may be ineligible for another loan modification.

## If your Client previously received a Chapter 7 bankruptcy discharge, but did not reaffirm the mortgage debt under applicable law:

- Your client agrees that they were discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the Loan Documents. Based on this representation, Lender agrees that your client will not have personal liability on the debt pursuant to this Trial Period Plan.



**FREQUENTLY ASKED QUESTIONS**   Get the answers you need to some of the most common questions.

**Q. What else should your client know about this offer?**

- If your client makes their new payments timely **we will not conduct a foreclosure sale.**
- Your client will not be charged any fees for this trial period plan or permanent modification.
- If your clientís loan is modified, we will waive all unpaid late charges.
- **Credit Reporting**: We will continue to report the delinquency status of your clientís loan to credit reporting agencies as well as your clientís entry into a Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements. **Credit scoring companies generally consider the entry into a plan with reduced payments as an increased credit risk. As a result, entering into a Trial Period Plan may adversely affect your clientís credit score, particularly if you client has a good credit score.** For more information about your client credit scores, go to ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- Your client may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers your client immediate payment relief and gives them time to make sure they can manage the lower monthly mortgage payment. The trial period is temporary, and your clientís existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was your client's new payment in the trial period determined?**

Your client's trial period payment is an affordable percentage of their total gross monthly income, which we determined to be $3,698.35 based on the income documentation they client provided. Their trial period payment is based on an interest rate of 3.000%. In addition, if their existing payment includes mortgage insurance premiums, this amount will also be added to their payment.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your client's modified monthly payment may change if their property taxes and insurance premiums change. If they did not have an escrow account before, the timing of their tax and insurance bills may require that they make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your client's loan has an escrow shortage of $1,811.76; this can either be paid in a lump sum when the loan is modified or over the next 12 months in an amount of $150.98 per month which is included in their modified monthly mortgage payment. If they wish to pay the total shortage as a lump sum, please contact us at 1-877-782-7612.

**Q. When will my client know if their loan can be modified permanently and how will the modified loan balance be determined?**

Once your client makes all of their trial period payments on time, we will send a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and their regular mortgage payments will be added to the balance of the loan along with any other past due amounts as permitted by your client's loan documents. While this will increase the total amount that they owe, it should not significantly change the amount of their modified mortgage payment.



TPPHB_0913                                                          Page 4

Case 13-15526-AJC    Doc 77-1    Filed 09/23/16    Page 6 of 10

## FREQUENTLY ASKED QUESTIONS
Get the answers you need to some of the most common questions.

**Q. Are there incentives that your client may qualify for if they are current with their new payments?**

If your client's loan is permanently modified and they remain in good standing for six years, they will receive a one-time pay-for-success incentive of $5,000. This incentive will be *applied to reduce their principal balance.* Importantly, this helps them build equity in their property by reducing the amount that they owe. However, they will not receive this incentive if their modified loan loses good standing--which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month--at any time during this six year.

**Q. Will your client's interest rate and principal and interest payment be fixed after their loan is permanently modified?**

YES. Once your client's loan is modified, their interest rate and monthly principal and interest payment will be fixed for the life of their mortgage. Their new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of their homeowners insurance, property tax assessment or other escrowed expenses increases, their monthly payment will increase as well.

**Q. What if your client has other questions about Home Affordable Modification that cannot be answered by their mortgage servicer?**

Call the Homeowner's HOPE® Hotline at **1-888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



**Q. What if your client is aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



**Nationstar**
MORTGAGE
P.O. Box 619097
Dallas, TX 75261-9741

August 24, 2016

1-692-66547-0000004-001-100-000-000-000
RICARDO CORONA ESQ.
3899 NW 7TH ST STE 202B
MIAMI FL 33126-5551

Loan #: ▓▓▓▓▓▓
Case #: ▓▓▓▓▓▓ MAYRA JODAR, MIGUEL JODAR
Property Address: 1070 W 46TH ST
                  HIALEAH FL 33012

**HELPING YOU STAY IN YOUR HOME.**


MAKING HOME AFFORDABLE

*You may be able to make your payments more affordable.*
*Act now to get the help you need!*

Dear RICARDO CORONA ESQ.:

By entering into a Home Affordable Modification Trial Period Plan your client will have taken the first step toward making their payment more affordable. We want to remind them that when they signed their Trial Period Plan, they agreed to work with a HUD-approved housing counseling agency. The service provided by the housing counseling agency is **free**. Counselors will work with your client to create a household budget and develop an action plan to reduce their household debts. They can also count on their housing counselor to provide support during the loan modification process.

Your client's next step is to choose from the following housing counseling options:

A. Select a HUD approved housing counseling agency by going to this website address:
   http://www.hud.gov/offices/hsg/sfh/hcc/fc/. The available agencies are listed by state and can provide you with either in-person counseling or counseling by phone.

B. Or, select counseling by phone through the HOPE Hotline by calling 1-888-995-HOPE. This is an on-demand counseling service that is available 24-hours a day/7-days a week. The HOPE Hotline is available in Spanish or English (other languages are available on request).

Whichever option your client selects, the housing counseling services will be made available at NO COST TO THEM. Remember, it is their responsibility to contact one of these counseling agencies. It is also a requirement of their Trial Period Plan.

If your client has questions about this requirement, please contact us at 1-877-782-7612.

Sincerely,

**Nationstar Mortgage LLC**

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we ó your mortgage servicer ó and the Federal Government are working to offer you options to help you stay in your home.

**Nationstar MORTGAGE**
P.O. Box 619097
Dallas, TX 75261-9741

August 24, 2016

1-692-66547-0000004-001-100-000-000-000
RICARDO CORONA ESQ.
3899 NW 7TH ST STE 202B
MIAMI FL  33126-5551

Loan #: ▓▓▓▓▓▓▓
Case #: ▓▓▓▓▓▓, MAYRA JODAR, MIGUEL JODAR
Property Address: 1070 W 46TH ST
HIALEAH FL 33012

Dear RICARDO CORONA ESQ. :

**Re: Loss Mitigation Options**

Your client(s) was evaluated for mortgage payment assistance based on the eligibility requirements of U.S. Bank N.A., the owner/guarantor/trustee of your client's mortgage loan. U.S. Bank N.A. requirements for determining borrowers eligibility for a loan modification Trial Period Plan include the use of a hierarchy evaluation approach under which a borrower who is eligible for a modification program higher in the hierarchy is ineligible for a modification program lower in the hierarchy.

Based on our review of your clientís financial circumstances, your client is approved for a HAMP Tier II. Below is a breakdown of your hierarchy evaluation :

HAMP Tier I - Declined

> **Denial Reason:** Excessive Forbearance
>
> We are unable to offer you a modification because we are unable to create an affordable payment without changing the terms of your loan beyond the requirements of the program.

HAMP Tier II - Approved

Standard Modification - Not Available ñ You were not evaluated due to being approved for a workout higher in the hierarchy.

If you or your client have any questions regarding the information outlined in this document, your   Dedicated Loan Specialist is Robert Mays and can be reached at (877) 782-7612 EXT. 8949740, Monday-Friday, 8 a.m. to 7 p.m. (CT) and Saturday, 8 a.m. to 12 p.m. (CT) via mail at Nationstar Mortgage LLC, P.O. Box 619097, Dallas, TX 75261-9741, or email us at customerrelationsofficer@nationstarmail.com . Visit us on the web at MyNationstar.com  for more information.

Your client has the right to appeal non-approval for a modification or to discuss loss mitigation options that may be available within  30 calendar days from the date of this notice. The appeal must be in writing and sent to the mailing address below. Please specify the basis for the dispute, and include any documentation you or your client believe is relevant to the appeal, such as property valuation or proof of income.

**Nationstar Mortgage LLC**
**Attn: Customer Relations**
**P.O. Box 619098**
**Dallas, TX 75261-9741**

Please note the following:

A third party appraisal or other written valuation was developed in connection with your client's application for loss mitigation. A copy of that evaluation should have been  forwarded to their mailing address. If they did not receive a copy, please contact us directly to request  an additional copy.

Sincerely,

Nationstar Mortgage LLC
Foreclosure Prevention Department


EQUAL HOUSING LENDER

**New York Residents:** New York City Department of Consumer Affairs License Number: 1392003

**If you believe the Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369.
**If you believe the Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Hawaii Residents: If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

## Notices of Error:

If you believe an error has been made with respect to your clientís mortgage loan, they should provide to us in writing the following information: Their name (and the name of the borrower, if they are an authorized third party), the loan account number, and the error they believe has occurred. To submit a notice of error, they must send this information to the following address:

> Nationstar Mortgage LLC
> Attn: Customer Relations
> P.O. Box 619098
> Dallas, TX 75261-9741

## Requests for Information:

To request information regarding your clientís account, they should provide to us in writing the following information: Their name (and the name of the borrower, if they are an authorized third party), the loan account number, and the information they are requesting with respect to their mortgage loan. To submit a request for information, they must send this information to the following address:

> Nationstar Mortgage LLC
> Attn: Customer Relations
> P.O. Box 619098
> Dallas, TX 75261-9741

692-3574-0115F