UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

*U.S. BANKRUPTCY COURT*
*SO DISTRICT OF FLORIDA-Miami*
*MAR - 3 2020*
*FILED ___ RECEIVED ___*

In re:

MIGUEL M. JODAR
MAYRA I. JODAR

_____Debtor_____/

Case No. 13-15526-BKC-AJC
Chapter 13

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Jose I. Fernandez__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ __2975.97__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of __ELOY FERNANDEZ__. Applicant further states that:

1.  (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ✓ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk"

under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: _____

<u>Eloy A. Fernandez</u>
Name Under Which Funds Were Deposited

<u>13-15526-BKC-AJC</u>
Claim Number

<u>Jose I. ~~Eloy~~ A. Fernandez</u>
Name of Party on Whose Behalf Application Was Filed*

Address: <u>7964 SW 111 Street</u>
<u>Miami FL 33156</u>

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# <u>7135</u>

Tax ID (EIN #) <u>N/A</u>

<u>Jose I. Fernandez</u>
Print Name and Title of Applicant

<u>N/A</u>
Print Company Name

<u>7964 SW 111 Street</u>
Print Street Address

<u>Miami, FL 33156</u>
Print City and State

<u>786-374-5001</u>
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

State of <u>Florida</u>
County of <u>Miami-Dade</u>

Sworn to and Subscribed before me on this <u>1</u> day of <u>March</u>, 20<u>20</u>.

_____
SIGNATURE OF NOTARY PUBLIC

[Notary Seal: DANY FERNANDEZ, MY COMMISSION #GG 335734, EXPIRES: May 18, 2023, Bonded Thru Notary Public Underwriters]

Page 3 of 3

LF-27 (rev. 12/01/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:

MIGUEL M. JODAR
MAYRA I. JODAR

DEBTORS                    /

CASE NO.: 13-15526-BKC-AJC
PROCEEDING UNDER CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$2,975.97** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 1-23-20

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

MIGUEL M. JODAR
MAYRA I. JODAR
1070 W 46 ST
HIALEAH, FL 33012

RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL 33126

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

ELOY FERNANDEZ ESQ
782 NW LEJEUNE RD
STE 632
MIAMI, FL 33126

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 13-15526-BKC-AJC

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

CASE NO.: 13-15526-BKC-AJC

ELOY FERNANDEZ ESQ  
782 NW LEJEUNE RD  
STE 632  
MIAMI, FL 33126

$2,975.97

UNDELIVERABLE/STALE  
CLAIM REGISTER# 3

# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018034973         **DATE ISSUED:** MARCH 1, 2018

### DECEDENT INFORMATION                **DATE FILED:** FEBRUARY 28, 2018

NAME: ELOY A FERNANDEZ

DATE OF DEATH: FEBRUARY 18, 2018         SEX: MALE         AGE: 084 YEARS
DATE OF BIRTH: NOVEMBER 17, 1933         SSN: 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
BIRTHPLACE: CUBA
PLACE WHERE DEATH OCCURRED: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 1690 SW 27 AVENUE # 508
LOCATION OF DEATH: MIAMI, MIAMI-DADE COUNTY, 33145
RESIDENCE: 1690 SW 27 AVENUE APT NO. 508, MIAMI, FLORIDA 33145, UNITED STATES
COUNTY: MIAMI-DADE
OCCUPATION, INDUSTRY: ATTORNEY, LAW
EDUCATION: DOCTORATE OR PROFESSIONAL DEGREE         EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? YES, CUBAN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: ELOY ANGEL FERNANDEZ
MOTHER'S/PARENT'S NAME: CARMEN SOLANA

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: ELOY A FERNANDEZ
RELATIONSHIP TO DECEDENT: SON
INFORMANT'S ADDRESS: 9357 SW 77 AVENUE APT NO. 810, MIAMI, FLORIDA 33156, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: MONICA COMAS, F045133
FUNERAL FACILITY: CABALLERO RIVERO WESTCHESTER F078957
   8200 SW 40TH STREET, MIAMI, FLORIDA 33155
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: MIAMI MEMORIAL PARK
   MIAMI, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN         MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 0925         DATE CERTIFIED: FEBRUARY 26, 2018
CERTIFIER'S NAME: EDDY CAPOTE JR
CERTIFIER'S LICENSE NUMBER: ME118431
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

_signature_, STATE REGISTRAR

REQ: 2019031720

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.


*37229535*

DH FORM 1946 (03-13)


Florida HEALTH

CERTIFICATION OF VITAL RECORD

# LAST WILL AND TESTAMENT

## OF

## ELOY A. FERNANDEZ

I, ELOY A. FERNANDEZ, domiciled and residing in the City of Miami, County of Miami-Dade, State of Florida, do make, publish and declare this to be my Will, and hereby revoke all other wills and codicils heretofore made by me.

### I. DEFINITIONS

I am a single man. I have four children, VIVIANA MOLINARES, ELOY A. FERNANDEZ, JR., JOSE I. FERNANDEZ, and EDUARDO R. FERNANDEZ.

### II. PAYMENT OF EXPENSES, DEBTS AND TAXES

A. I direct my personal representative to pay medical, funeral, and administrative expenses and all taxes payable by reason of my death, before any division of my estate. My personal representative shall not require my heirs, as to any property, nor any devise under this Will, as to property passing under this Will, to reimburse my estate for taxes paid.

B. All devises in this Will are made subject to all of the encumbrances they may bear at my death.

### III. APPOINTMENT OF PERSONAL REPRESENTATIVE

I appoint my friend, JORGE R. DE CUBAS, as my Personal Representative under this Will. If my friend, JORGE R. DE CUBAS,

1

should predecease me, or is unable or unwilling to serve, then I appoint my friend, RAUL BUSTO as my personal representative. I request that any personal representative, if appointed in this Article, be allowed to serve without bond or sureties.

## IV. DEVISES

I have named joint owners or beneficiaries in all my bank accounts and Certificates of Deposit and I give, devise, and bequeath, all my bank accounts and Certificates of Deposit to the person(s)s listed in each banking institution as joint owners or beneficiaries of each said account. The rest, remainder, and residue of my estate, I give, devise, and bequeath to my four children, VIVIANA MOLINARES, ELOY A. FERNANDEZ, JR., JOSE I. FERNANDEZ, and EDUARDO R. FERNANDEZ, in equal shares, share and share alike, per stirpes.

## V. POWERS OF PERSONAL REPRESENTATIVE

I give my personal representative the following powers, which are not exclusive, but are in addition to those granted by law:

A. To sell, mortgage, or lease without confirmation of any Court, any real property of the estate or any interest therein for cash or credit, or for part cash and part credit.

B. To allow him to avail himself of the procedures available in this State for the Summary Administration of estates in the event that my estate at the time of my death would qualify for said proceedings.

2

IN WITNESS WHEREOF, I have hereunto set my hand to this Will consisting of four (4) pages, at Miami, Miami-Dade County, Florida, on this 20 day of April, 2011.

_____
ELOY A. FERNANDEZ
Testator
9747 SW 134 Terrace
Miami, FL 33176

We certify that the above instrument was on the date thereof signed and declared by ELOY A. FERNANDEZ, as his Will in our presence, and that we, in his presence and in the presence of each other, have signed our names as witnesses thereto, believing him, to be of sound mind at the time of signing.

_____   residing at: 915 West 64 Place
Dianet Perez-Witness                             Hialeah, FL 33012

_____   residing at: 1161 NW 134 Avenue
Haydee Grosz-Witness                             Miami, FL 33182

STATE OF FLORIDA      )
COUNTY OF MIAMI-DADE  )

I, ELOY A. FERNANDEZ declare to the officer taking my acknowledgment of this instrument, and to the subscribing witnesses, that I signed this instrument as my Will.

_____
ELOY A. FERNANDEZ, Testator
9747 SW 134 Terrace
Miami, FL 33176

3

We, **DIANET PEREZ AND HAYDEE GROSZ**, have been sworn by the officer signing below, and declare to that officer on our oaths that the testator declared the instrument to be the Testator's Will and signed it in our presence and that we each signed the instrument as a witness in the presence of the Testator and of each other.

_____
DIANET PEREZ, Witness

_____
HAYDEE GROSZ, Witness

Acknowledged and subscribed before me by the testator, ELOY A. FERNANDEZ who is personally known to me or who has produced Florida Drivers License Number as identification, and sworn to and subscribed before me by the witnesses, DIANET PEREZ, who is personally known to me or who has produced Florida Driver's License, as identification, and HAYDEE GROSZ, who is personally known to me or who has produced Florida Driver's License, as identification, and subscribed by me in the presence of the testator and the subscribing witnesses, all on the __20__ day of April, 2011.

_____
MILAGROS R. VAZQUEZ, ESQ.
NOTARY PUBLIC

My Commission Expires:



4



# UNITED STATES BANKRUTCY COURT

# SOUTHERN DISTRICT OF FLORIDA

<u>Case No: 13-15526-BKC-AJC</u>

Chapter 13

In re:

**Miguel M. Jodar**

**Mayra I. Jodar**

                              **Debtor /**

## AFFIDAVIT OF CLAIMANT

Eloy A. Fernandez, Attorney At Law, herein, "Creditor", was a creditor in above mentioned case. He passed away 2 years ago on

Upon Creditor's passing two years ago on February 18th, 2018, he left his 4 living children, Viviana Molinares, Eloy A. Fernandez Jr, Jose I. Fernandez, and Eduardo R. Fernandez his estate in equal shares as described on his Last Will and Testament (attached).

No Estate was established after Creditor's death.

I, Jose I. Fernandez, As one of four heirs to the Creditor, with acquired permission from my brothers and sister (see Below), would like to proceed as sole Creditor/Claimant on my father's/ Creditor's behalf, seeking payment of unclaimed funds in the amount of $2,975.97 deposited in this court in the name of Eloy A. Fernandez, Esq, and representing claim number 13-15526. This includes collecting my three sibling's portion of funds.

STATE OF FLORIDA

COUNTY OF MIAMI –DADE

The undersigned, <u>**Jose I. Fernandez, 7964 SW 111 Street, Miami, FL 33156**</u>, being duly sworn, hereby deposes and says:

1

1. I am over the age of 18 and a resident of the State of Florida. I have personal knowledge of the facts herein, and if called as a witness, can testify completely thereto.
2. I suffer no legal disabilities, and have personal knowledge set forth below.

I declare, that to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 1st day of March, 2020.

## NOTARY ACKNOWLEDGEMENT

STATE OF FLORIDA, County of Miami-Dade.

Notary Public

Notary Public

YENIS DANY FERNANDEZ
MY COMMISSION #GG 335734
EXPIRES: May 16, 2023
Bonded Thru Notary Public Underwriters

Title (and Rank)

My commission expires: May 16, 2023

## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF Brevard

The undersigned, **Eduardo R. Fernandez, 4949 Wexford Drive, Viera, FL 32955**, being duly sworn, hereby deposes and says:
1) I am over the age of 18 and a resident of the State of Florida. I have personal knowledge of the facts herein, and if called as a witness, can testify completely thereto.
2) I suffer no legal disabilities, and have personal knowledge set forth below.
3) As one of four heirs to the Creditor, I would like my brother, Jose I. Fernandez, to proceed as sole Creditor/Claimant on my father's/ Creditor's behalf on this debt owed to him. This includes collecting my portion of funds.

2

I declare, that to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 27 day of February, 2020.

[signature]

**NOTARY ACKNOWLEDGEMENT**

STATE OF FLORIDA, County of Brevard.

[signature]
Notary Public

[Notary seal: RENZO MIGUEL VALDIVIEZO, Notary Public - State of Florida, Commission # GG 271219, My Comm. Expires Oct 25, 2022]

Notary
Title (and Rank)

My commission expires: 10/25/2022

**AFFIDAVIT**

STATE OF FLORIDA

COUNTY OF MIAMI –DADE

1) The undersigned, <u>**Eloy A. Fernandez Jr., 9357 SW 77 Ave, Apt 810, Miami, FL 33156**</u>, being duly sworn, hereby deposes and says:
    1) I am over the age of 18 and a resident of the State of Florida. I have personal knowledge of the facts herein, and if called as a witness, can testify completely thereto.
    2) I suffer no legal disabilities, and have personal knowledge set forth below.
    3) As one of four heirs to the Creditor, I would like my brother, <u>Jose I. Fernandez</u>, to proceed as sole Creditor/Claimant on my father's/ Creditor's behalf on this debt owed to him. This includes collecting my portion of funds.

3

I declare, that to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this __1__ day of __MARCH__, 2020.

_[signature]_

**NOTARY ACKNOWLEDGEMENT**

STATE OF FLORIDA, County of Miami-Dade.

_[signature]_

Notary Public

_Notary Public_

Title (and Rank)

My commission expires: __May 16, 2023__

[Notary stamp: YENIS DANY FERNANDEZ / MY COMMISSION #GG 335734 / EXPIRES: May 16, 2023 / Bonded Thru Notary Public Underwriters]

**AFFIDAVIT**

STATE OF FLORIDA

COUNTY OF MIAMI –DADE

The undersigned, **Viviana Molinares, 13821 SW 108 Street, Miami FL 33186**, being duly sworn, hereby deposes and says:
1) I am over the age of 18 and a resident of the State of Florida. I have personal knowledge of the facts herein, and if called as a witness, can testify completely thereto.
2) I suffer no legal disabilities, and have personal knowledge set forth below.
3) As one of four heirs to the Creditor, I would like my brother, <u>Jose I. Fernandez</u>, to proceed as sole Creditor/Claimants on my father's/ Creditor's behalf on this debt owed to him. This includes collecting my portion of funds.

I declare, that to the best of my knowledge and belief, the information herein is true, correct, and complete.

4

Executed this __1__ day of __March__, 2020.

_[signature]_

**NOTARY ACKNOWLEDGEMENT**

STATE OF FLORIDA, County of Miami-Dade.

_[signature]_

Notary Public

YENIS DANY FERNANDEZ
MY COMMISSION #GG 335734
EXPIRES: May 16, 2023
Bonded Thru Notary Public Underwriters

__Notary Public__

Title (and Rank)

My commission expires: __May 16, 2023__

5