

**ORDERED in the Southern District of Florida on March 9, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                                          CASE NO. 13-15526-AJC

MIGUEL M. JODAR and                                             Chapter 13
MAYRA I. JODAR,

       Debtors.
_____/

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Jose Fernandez and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that the clerk is directed to remit to **Jose Fernandez at 7964 SW 111 Street, Miami, Florida 33156** the sum of **$2,975.97** now held as unclaimed funds in the treasury for the original claimant Eloy Fernandez.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney. Funds will be disbursed 14 days after the order is signed by the judge.

# # #

Copy to:

Funds Recipient:
Jose Fernandez
7964 SW 111 Street
Miami, FL 33146